# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **FRANKIE McCRARY,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:21-cv-01354-RDP-NAD |
| | ) | |
| **ALFREDIA BRAXTON, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiff Frankie McCrary has filed a *pro se* complaint pursuant to 42 U.S.C. § 1983, alleging violations of his rights under the Constitution or laws of the United States. (Doc. 1). On October 22, 2021, the Magistrate Judge filed a Report and Recommendation in which he recommended that this action be transferred to the United States District Court for the Middle District of Alabama pursuant to 28 U.S.C. § 1404(a) and 28 U.S.C. § 1406(a). (Doc. 2). Although the Magistrate Judge advised Plaintiff of his right to file specific written objections within 14 days, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the court **ADOPTS** the Magistrate Judge's Report and **ACCEPTS** his Recommendation. Accordingly, the court **ORDERS** that this case be **TRANSFERRED** to the United States District Court for the Middle District of Alabama for further proceedings.

**DONE** and **ORDERED** this November 16, 2021.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE